NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


D. D. H.,                                          )
                                                   )
        Appellant,                      )
                                                   )
v.                                                 )          Case No.  2D19-2551
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
        Appellee.                       )
                                                   )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Pinellas
County; Kimberly Phillips Todd, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, BLACK, and SLEET, JJ., Concur.